# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

*WHB 823 v. Uber Techs., Inc., N.D. Cal. No. 3:24-cv-04900 W.D.N.C. No. 3:25-cv-00737*

Case No. 3:23-md-03084-CRB (LJC)

**[PROPOSED] ORDER GRANTING DEFENDANTS' RULE 50(A) MOTION FOR JUDGMENT AS A MATTER OF LAW**

Judge: Hon. Charles R. Breyer
Courtroom: 6 – 17th Floor

Date Filed: April 19, 2026
Trial Date: April 14, 2026

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

WHB 823,

       Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

       Defendants.

CASE NO. 3:25-cv-00737

Judge: Hon. Charles R. Breyer

Courtroom: 4A

1

Case 3:25-cv-00737-CRB    Document 1743    Filed 04/20/26    Page 1 of 2

Having considered Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC's Rule 50(A) Motion for Judgment as a Matter of Law, and all exhibits, all pleadings and papers of record and on file in this case, and good cause appearing, Defendants' Motion is hereby GRANTED.

**IT IS SO ORDERED.**

DATED:_____        By:_____
                                         CHARLES R BREYER
                                         United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' RULE 50(A) MOTION FOR JUDGMENT AS A MATTER OF LAW
Case No. 3:23-md-03084-CRB / 3:25-cv-00737