IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>_____/<br><br>This Order Relates To:<br><br>*WHB 823 v. Uber Techs., Inc.*,<br>N.D. Cal. No. 24-cv-4900<br>W.D.N.C. No. 25-cv-737 | MDL No. 3084<br><br>**JUDGMENT** |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WHB 823,<br><br>       Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>       Defendants. | No. 25-cv-737<br><br>Judge: Honorable Charles R. Breyer |

In accordance with the jury's verdict, judgment is entered in favor of plaintiff and against defendants for $5,000.00.

The clerk is directed to close the individual member case and terminate all pending motions as moot.

**IT IS SO ORDERED.**

Dated: April 20, 2026



CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California