[*Counsel Listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**JOINT STIPULATION TO STAY ENFORCEMENT OF JUDGMENT AND WAIVE BOND** : ORDER<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Date Filed: May 19, 2026<br><br>Trial Date: April 14, 2026 |

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

| | |
|---|---|
| WHB 823,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 4A |

Plaintiff WHB 823 ("Plaintiff") and Defendant Uber Technologies, Inc., *et al.* ("Uber") (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this stipulation regarding a stay of enforcement of the judgment.

1. On April 20, 2026, the Court entered judgment in favor of Plaintiff and against Uber for $5,000. N.D. Cal. ECF No. 5932; W.D.N.C. ECF No. 177.

2. Uber intends to pursue an appeal from the judgment to the United States Court of Appeals for the Fourth Circuit.

3. Federal Rule of Civil Procedure 62(b) permits a stay of enforcement of a judgment pending appeal upon posting of a supersedeas bond or other security approved by the Court. The Court "has discretionary authority to decide whether a bond is necessary." *Barranco v. 3D Sys. Corp.*, 2017 WL 3174948, at *1 (W.D.N.C. July 26, 2017). Waiver is appropriate "when the judgment debtor can currently easily meet the judgment and demonstrates that it will maintain the same level of solvency during appeal." *Id.* (quoting *Alexander v. Chesapeake, Potomac & Tidewater Books, Inc.*, 190 F.R.D. 190, 193 (E.D. Va. 1999)). Where financial information shows that the appellant's "ability to pay the judgment is so plain that the cost of bond would be a waste of money," courts may waive the bond requirement. *Moses Enters., LLC v. Lexington Ins. Co.*, 2022 WL 1132165, at *1-2 (S.D.W. Va. Apr. 15, 2022) (finding bond unnecessary where party had "more than sufficient assets to cover the judgment").

4. Good cause exists to waive the bond requirement in this case: Uber's unrestricted cash, cash equivalents, short-term investments, and available revolving credit are more than sufficient to satisfy the judgment, and demonstrates Uber will remain solvent during the appeal. *See* Uber Techs., Inc., Annual Report (Form 10-K), at 50, 103 (Feb. 13, 2026) (reporting $7.6 billion in unrestricted cash, cash equivalents, and short-term investments, as well as a $5.0 billion revolving credit agreement), *available at* https://d18rn0p25nwr6d.cloudfront.net/CIK-0001543151/22e9f27b-deea-485f-b5b6-7ecc7462b84a.pdf.

5. Because Uber's financial condition provides no room for doubt that Uber could satisfy the

judgment, requiring a supersedeas bond or other security would only impose unnecessary expense on the party bearing the cost of the bond after appeal.

6. The parties' stipulation that a bond is unnecessary does not in any way waive Plaintiff's rights to execute upon the judgment upon finality of appeal, including any entitlement to post-judgment interest.

7. The judgment should be stayed pending appeal.

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED** by the Parties that the Court should stay enforcement of the judgment pending appeal and waive the requirement that Uber post a supersedeas bond or any other form of security.

DATED: May 19, 2026

By: /s/ *John Boundas*
John Boundas (pro hac vice)
Sejal K. Brahmbhatt (pro hac vice)
John Eddie Williams, Jr. (pro hac vice)
Brian Abramson (pro hac vice)
Margret Lecocke (pro hac vice)
Walt Cubberly (SBN 325163)
Batami Baskin (pro hac vice)
Myles Shaw (pro hac vice)
Joseph C. Melugin (SBN 279439)
Stasja Drecun (pro hac vice)
**WILLIAMS HART & BOUNDAS LLP**
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051
Telephone: (713) 230-2227
Facsimile: (713) 643-6226
jboundas@whlaw.com
sbrahmbhatt@whlaw.com
jwilliams@whlaw.com
babramson@whlaw.com
mlecocke@whlaw.com
wcubberly@whlaw.com
bbaskin@whlaw.com
mshaw@whlaw.com
jmelugin@whlaw.com
sdrecun@whlaw.com

*Attorneys for Plaintiff WHB 823*

By: /s/ *Jonathan Schneller*
Jonathan Schneller (SBN: 291288)
Sabrina H. Strong (SBN: 200292)
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
jschneller@omm.com
sstrong@omm.com

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Bradley R. Kutrow
**MCGUIRE WOODS LLP**
201 N. Tryon St., Suite 3000

Charlotte, NC 28202
Telephone: (704) 343-2049
bkutrow@mcguirewoods.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC


Case 3:25-cv-00737-CRB Document 189 Filed 05/21/26 Page 4 of 7

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ *Jonathan Schneller*
Jonathan Schneller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*WHB 823 v. Uber Techs., Inc., et al.*, No. 3:24-cv-04900 | Case No. 3:23-md-03084-CRB<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO STAY ENFORCEMENT OF JUDGMENT AND WAIVE BOND**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 – 17th Floor<br><br>Trial Date: April 14, 2026 |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| WHB 823,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants | CASE NO. 3:25-cv-00737-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 4A |

The Court hereby GRANTS the Parties' joint stipulation to stay enforcement of the judgment entered on April 20, 2026 (N.D. Cal. ECF No. 5932; W.D.N.C. ECF No. 177) pending resolution of the appeal.

1. The Court waives the requirement that Defendant Uber Technologies, Inc., *et al.* post a supersedeas bond or other security under Federal Rule of Civil Procedure 62.
2. This stay shall remain in effect until issuance of the mandate by the United States Court of Appeals for the Fourth Circuit or further order of this Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: May 20, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE