FILED: May 22, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1640
(3:25-cv-00737-CRB)

---

WHB 823

Plaintiff - Appellee

v.

UBER TECHNOLOGIES, INC.; RASIER, LLC; RASIER-CA, LLC

Defendants - Appellants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:25-cv-00737-CRB |
| Date notice of appeal filed in originating court: | 05/19/2026 |
| Appellants | Uber Technologies, Inc., Raiser, LLC, Raiser-CA, LLC |
| Appellate Case Number | 26-1640 |
| Case Manager | T. Barton<br>804-916-2702 |